UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARVIS J. MASTERS,<br><br>        Plaintiff,<br><br>v.<br><br>RON BROOMFIELD, Acting Warden of California State Prison at San Quentin,<br><br>        Respondent. | Case No. 20-cv-08206-HSG<br><br>**DEATH PENALTY CASE**<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

Petitioner has filed a petition for writ of habeas corpus and has served it upon respondent. Counsel for respondent has entered her appearance in this matter. Pursuant to Local Habeas Rule 2254-26, the Court is due to conduct an initial case management conference with the parties. Accordingly, the Court **SETS** a telephonic case management conference for January 26, 2021, at 3:00 p.m. All counsel shall use the following dial-in information to access the call:

    **Dial-In:** 888-808-6929

    **Passcode:** 6064255

//
//
//
//
//
//
//
//
//

1        Persons granted remote access to court proceedings are reminded of the general prohibition
2   against photographing, recording, and rebroadcasting of court proceedings (including those held
3   by telephone or videoconference).  *See* General Order 58 at Paragraph III.  Any recording of a
4   court proceeding held by video or teleconference, including "screen-shots" or other visual copying
5   of a hearing, is absolutely prohibited.  Violation of these prohibitions may result in sanctions,
6   including removal of court-issued media credentials, restricted entry to future hearings, or any
7   other sanctions deemed necessary by the court.

**IT IS SO ORDERED**.

Dated: 1/7/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge