UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARVIS J MASTERS,<br><br>    Petitioner,<br><br>    v.<br><br>RON BROOMFIELD, Acting Warden, California State Prison at San Quentin,<br><br>    Respondent. | Case No. 20-cv-08206-HSG<br><br>**CASE MANAGEMENT ORDER** |

On January 19, 2021, the parties filed a Joint Case Management Statement. *See* Docket No. 17. A case management conference was held on January 26, 2021. Upon consideration of the Joint Case Management Statement and the parties' representations at the case management conference, the Court hereby orders as follows:

1. Respondent shall lodge the state court record on or before March 31, 2021;

2. Respondent shall file his answer on or before June 1, 2021;

3. Petitioner shall file his traverse on or before July 1, 2021;

4. Petitioner shall file his motion for evidentiary hearing on or before October 1, 2021;

5. Respondent shall file his response to the motion for evidentiary hearing on or before November 1, 2021; and

6. Petitioner shall file a reply on or before November 15, 2021.

The parties shall meet and confer following the filing of Petitioner's traverse. If the parties jointly conclude that some deviation from the above schedule is required, then the parties shall promptly file a request for a case management conference. *See* Local Habeas Rule 2254-29(d) & (e).

**IT IS SO ORDERED.**

Dated: 2/9/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge