1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT
9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11
12   **JARVIS J. MASTERS,**                    **CAPITAL CASE**

                                    Petitioner,   Case No. 4:20-cv-08206
13
14          **v.**                              **ORDER**

15   **RON BROOMFIELD,**
16                                   Respondent.
17

18          For good cause shown, the time for lodging the state court record is extended for 30 days,

19   to and including April 30, 2021.

20
     Dated: 3/31/2021
21                                              _____
                                                HAYWOOD S. GILLIAM, JR.
22                                              United States District Judge
23
24
25
26
27
28