IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JARVIS J. MASTERS,**<br><br>　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**RON BROOMFIELD,**<br><br>　　　　　　　　　　　Respondent. | **CAPITAL CASE**<br><br>Case No. 4:20-cv-08206<br><br>**ORDER** |

　　For good cause shown, the time for filing the Answer to the Petition for Writ of Habeas Corpus is extended for 59 days, to and including July 30, 2021.

Dated: ____6/8/2021____

　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge