| | |
|---|---|
| Michael F. Williams, P.C. (*Admitted pro hac vice*)<br>Erica Y. Williams, P.C. (*Admitted pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 389-5000<br>Facsimile: (202) 389-5200<br>Email: mwilliams@kirkland.com<br>Email: erica.williams@kirkland.com<br><br>Ashley E. Littlefield (Bar No. 281027)<br>Austin Klar (Bar No. 292271)<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br>Email: ashley.littlefield@kirkland.com<br>Email: austin.klar@kirkland.com<br><br>*Attorneys for Petitioner* | Rob Bonta<br>Attorney General of California<br>Lance Winters<br>Chief Assistant Attorney General<br>James William Bilderback II<br>Senior Assistant Attorney General<br>Sarah J. Farhat<br>Deputy Attorney General<br>Alice B. Lustre (Bar No. 241994)<br>Supervising Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 510-3821<br>Facsimile: (415) 703-1234<br>Email: Alice.Lustre@doj.ca.gov<br><br>*Attorneys for Respondent* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| JARVIS J. MASTERS,<br><br>    Petitioner,<br><br>v.<br><br>RON BROOMFIELD, Acting Warden,<br>California State Prison at San Quentin,<br><br>    Respondent. | CASE NO. 4:20-cv-08206-HSG<br><br>**DEATH PENALTY CASE**<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME AND ORDER PURSUANT TO CIVIL L.R. 6-2**<br><br>Petition filed: November 20, 2020<br>Judge: Hon. Haywood S. Gilliam, Jr. |

Petitioner Jarvis J. Masters ("Petitioner") and Respondent Ron Broomfield ("Respondent") hereby stipulate and jointly request that the Court enter an Order extending the time for filing of Petitioner's Traverse. In support of their request, and pursuant to Civil Rule L.R. 6-2, the parties state as follows:

Petitioner filed his Petition for Writ of Habeas Corpus on November 20, 2020. ECF No. 1.

On January 19, counsel for the parties submitted a Joint Case Management Statement that provided for the filing of the Respondent's answer on or before June 1, 2021, and the filing of the Traverse on or before July 1, 2021—30 days after the Respondent's answer. ECF No. 17. And, on February 9, 2021, the Court ordered the same. ECF No. 19.

On May 27, 2021, Respondent filed a Motion for Extension of Time to File Answer. Respondent requested that the Answer be due by July 30, 2021. ECF No. 24. The Court granted the Motion on June 8, 2021. ECF No. 25.

Accordingly, the parties have agreed to move the deadline for Petitioner to file his Traverse to August 30, 2021, 30 days after the current deadline for Respondent's answer. Moving the Traverse deadline is necessary in light of the delayed Answer deadline and will not materially impact the case timeline. Declaration of Ashley E. Littlefield in Support of Stipulated Request for Order Changing Time and [Proposed] Order Pursuant to Civil L.R. 6-2 ("Littlefield Decl.") ¶ 6. There have been no previous modifications to the deadline for Petitioner to submit a Traverse. *Id.* ¶ 4. The Court has granted Respondent's motions for extension of time to file lodging of State court records and to file the Answer. *Id.* ¶ 5; *see* ECF No. 21, 25.

Respectfully submitted,

DATED: June 23, 2021

OFFICE OF THE ATTORNEY GENERAL
OF CALIFORNIA

/s/ Alice B. Lustre
Rob Bonta
Attorney General of California
James William Bilderback II
Senior Assistant Attorney General
Sarah J. Farhat
Deputy Attorney General
Alice B. Lustre (Bar No. 241994)
Supervising Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3821
Facsimile: (415) 703-1234
Email: Alice.Lustre@doj.ca.gov

*Attorneys for Respondent*

DATED: June 23, 2021

KIRKLAND & ELLIS LLP

/s/ Ashley E. Littlefield
Michael F. Williams, P.C. (*Admitted pro hac vice*)
Erica Y. Williams, P.C. (*Admitted pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
Email: mwilliams@kirkland.com
Email: erica.williams@kirkland.com

Ashley E. Littlefield (Bar No. 281027)
Austin Klar (Bar No. 292271)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: ashley.littlefield@kirkland.com
Email: austin.klar@kirkland.com

*Attorneys for Petitioner*

**ATTESTATION**

I, Ashley E. Littlefield, hereby attest, pursuant to United States District Court, Northern District of California Civil Local Rule 5-1(i)(3), that concurrence in the filing of this document has been obtained from the other Signatory hereto.

By <u>/s/ Ashley E. Littlefield</u>
Ashley E. Littlefield

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the time for filing the Traverse to the Petition for Writ of Habeas Corpus is extended to and including August 30, 2021.

DATED: 6/25/2021

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE