IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**JARVIS J. MASTERS,**

Petitioner,

v.

**RON BROOMFIELD,** Acting Warden,
California State Prison at San Quentin

Respondent.

**CAPITAL CASE**

Case No. 4:20-cv-08206-HSG

**ORDER**

    Pursuant to stipulation, it is ordered that the time for filing the Answer to the Petition for Writ of Habeas Corpus is extended to and including August 6, 2021.  The time for filing the Traverse to the Petition for Writ of Habeas Corpus is extended to and including September 7, 2021.

Dated:  7/28/2021

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

1