| | |
|---|---|
| Michael F. Williams, P.C. (*Admitted pro hac vice*)<br>Erica Y. Williams, P.C. (*Admitted pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 389-5000<br>Facsimile: (202) 389-5200<br>Email: mwilliams@kirkland.com<br>Email: erica.williams@kirkland.com<br><br>Ashley E. Littlefield (Bar No. 281027)<br>Austin Klar (Bar No. 292271)<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br>Email: ashley.littlefield@kirkland.com<br>Email: austin.klar@kirkland.com<br><br>*Attorneys for Petitioner* | Rob Bonta<br>Attorney General of California<br>Lance Winters<br>Chief Assistant Attorney General<br>James William Bilderback II<br>Senior Assistant Attorney General<br>Sarah J. Farhat<br>Deputy Attorney General<br>Alice B. Lustre (Bar No. 241994)<br>Supervising Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 510-3821<br>Facsimile: (415) 703-1234<br>Email: Alice.Lustre@doj.ca.gov<br><br>*Attorneys for Respondent* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| JARVIS J. MASTERS,<br><br>Petitioner,<br><br>v.<br><br>RON BROOMFIELD, Acting Warden,<br>California State Prison at San Quentin,<br><br>Respondent. | CASE NO. 4:20-cv-08206-HSG<br><br>**DEATH PENALTY CASE**<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME AND ORDER PURSUANT TO CIVIL L.R. 6-2**<br><br>Petition filed:   November 20, 2020<br>Judge:   Hon. Haywood S. Gilliam, Jr. |

Petitioner Jarvis J. Masters ("Petitioner") and Respondent Ron Broomfield ("Respondent") hereby stipulate and jointly request that the Court enter an Order extending the time for filing of Petitioner's Traverse. In support of their request, and pursuant to Civil Rule L.R. 6-2, the parties state as follows:

Petitioner filed his Petition for Writ of Habeas Corpus on November 20, 2020. ECF No. 1.

On January 19, counsel for the parties submitted a Joint Case Management Statement that provided for the filing of the Respondent's answer on or before June 1, 2021, and the filing of the Traverse on or before July 1, 2021—30 days after the Respondent's answer. ECF No. 17. And, on February 9, 2021, the Court ordered the same. ECF No. 19.

On May 27, 2021, Respondent filed a Motion for Extension of Time to File Answer. Respondent requested that the Answer be due by July 30, 2021. ECF No. 24. The Court granted the Motion on June 8, 2021. ECF No. 25.

On June 23, 2021, in light of the new Answer deadline, the parties filed a Stipulated Request for Order and Proposed Order Changing Time to file Petitioner's Traverse. Petitioner requested that the Traverse be due by August 30, 2021. ECF No. 26. The Court granted the Stipulation on June 25, 2021. ECF No. 27.

On July 28, 2021, the parties filed a Stipulated Request for Order Changing Time to file Respondent's Answer. Respondent requested that the Answer be due by August 6, 2021 and Petitioner's Traverse be due by September 6, 2021. ECF No. 28. The Court granted the Stipulation on July 28, 2021. ECF No. 29.

On August 6, 2021, Respondent filed its Answer. ECF No. 30.

The parties have agreed to move the deadline for Petitioner to file his Traverse to September 20, 2021, 14 days after the current deadline for Petitioner's Traverse. Moving the Traverse deadline is necessary to ensure Petitioner's counsel has sufficient time to prepare the Traverse and to coordinate with Petitioner in the preparation of the Traverse.

Moving the deadline for the Traverse will not materially impact the case timeline. Declaration of Ashley E. Littlefield in Support of Stipulated Request for Order Changing Time and [Proposed] Order Pursuant to Civil L.R. 6-2 ("Littlefield Decl.") ¶ 7. The Court has granted Respondent's motions for

extension of time to file lodging of State court records and to file the Answer. *Id*. ¶ 8; *see* ECF Nos. 21, 25, 29.

Respectfully submitted,

| | |
|---|---|
| DATED: August 30, 2021 | DATED: August 30, 2021 |
| OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA | KIRKLAND & ELLIS LLP |
| */s/ Alice B. Lustre* | */s/ Ashley E. Littlefield* |
| Rob Bonta<br>Attorney General of California<br>James William Bilderback II<br>Senior Assistant Attorney General<br>Sarah J. Farhat<br>Deputy Attorney General<br>Alice B. Lustre (Bar No. 241994)<br>Supervising Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 510-3821<br>Facsimile: (415) 703-1234<br>Email: Alice.Lustre@doj.ca.gov<br><br>*Attorneys for Respondent* | Michael F. Williams, P.C. (*Admitted pro hac vice*)<br>Erica Y. Williams, P.C. (*Admitted pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 389-5000<br>Facsimile: (202) 389-5200<br>Email: mwilliams@kirkland.com<br>Email: erica.williams@kirkland.com<br><br>Ashley E. Littlefield (Bar No. 281027)<br>Austin Klar (Bar No. 292271)<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br>Email: ashley.littlefield@kirkland.com<br>Email: austin.klar@kirkland.com<br><br>*Attorneys for Petitioner* |

**ATTESTATION**

I, Ashley E. Littlefield, hereby attest, pursuant to United States District Court, Northern District of California Civil Local Rule 5-1(i)(3), that concurrence in the filing of this document has been obtained from the other Signatory hereto.

By */s/ Ashley E. Littlefield*
Ashley E. Littlefield

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the time for filing the Traverse to the Petition for Writ of Habeas Corpus is extended to and including September 20, 2021.

DATED: 9/2/2021

_____
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE