Michael F. Williams, P.C. (*Admitted pro hac vice*)
Erica Y. Williams, P.C. (*Admitted pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
Email: mwilliams@kirkland.com
Email: erica.williams@kirkland.com

Ashley E. Littlefield (Bar No. 281027)
Austin Klar (Bar No. 292271)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: ashley.littlefield@kirkland.com
Email: austin.klar@kirkland.com

*Attorneys for Petitioner*

Rob Bonta
Attorney General of California
Lance Winters
Chief Assistant Attorney General
James William Bilderback II
Senior Assistant Attorney General
Sarah J. Farhat
Deputy Attorney General
Alice B. Lustre (Bar No. 241994)
Supervising Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3821
Facsimile: (415) 703-1234
Email: Alice.Lustre@doj.ca.gov

*Attorneys for Respondent*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| JARVIS J. MASTERS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RON BROOMFIELD, Acting Warden, California State Prison at San Quentin,<br><br>　　　　Respondent. | CASE NO. 4:20-cv-08206-HSG<br><br>**DEATH PENALTY CASE**<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME AND ORDER PURSUANT TO CIVIL L.R. 6-2**<br><br>Petition filed:　November 20, 2020<br>Judge:　Hon. Haywood S. Gilliam, Jr. |

Petitioner Jarvis J. Masters ("Petitioner") and Respondent Ron Broomfield ("Respondent") hereby stipulate and jointly request that the Court enter an Order extending the time for filing of Petitioner's Motion for Evidentiary Hearing through and including Friday, January 28, 2022. This extension is necessary to account for the delays preparing and lodging the state court record and the extensions of Respondent's deadline to file the answer. ECF Nos. 21, 25, 29. The extension is also necessary to allow Petitioner to have confidential and privileged communications with his legal counsel concerning the draft filings and strategy in the case, which has been difficult due to the ongoing COVID-19 pandemic and recent policy changes regarding phone calls and visitation at San Quentin prison. In support of this request, and pursuant to Civil Rule L.R. 6-2, the parties state as follows:

Petitioner filed his Petition for Writ of Habeas Corpus on November 20, 2020. ECF No. 1.

On January 19, counsel for the parties submitted a Joint Case Management Statement that provided for the lodging of the state court record by March 31, 2021, the filing of the Respondent's answer on or before June 1, 2021, and the filing of the Motion for Evidentiary Hearing on or before October 1, 2021— 121 days after the Respondent's answer. ECF No. 17. And, on February 9, 2021, the Court ordered the same. ECF No. 19.

On March 30, 2021, Respondent filed a Motion to Extend Time for Lodging State Court Record. Respondent requested that the deadline for lodging the state court record be extended to April 30, 2021. ECF No. 20. The Court granted the Motion on March 31, 2021. ECF No. 21.

On May 27, 2021, Respondent filed a Motion for Extension of Time to File Answer. Respondent requested that the Answer be due by July 30, 2021. ECF No. 24. The Court granted the Motion on June 8, 2021. ECF No. 25.

On June 23, 2021, the parties filed a Stipulated Request for Order and Proposed Order Changing Time to file Petitioner's Traverse. Petitioner requested that the Traverse be due by August 30, 2021. ECF No. 26. The Court granted the Stipulation on June 25, 2021. ECF No. 27.

On July 28, 2021, the parties filed a Stipulated Request for Order Changing Time to file Respondent's Answer. Respondent requested that the Answer be due by August 6, 2021 and Petitioner's Traverse be due by September 6, 2021. ECF 28. The Court granted the Stipulation on July 28, 2021.

On August 6, 2021, Respondent filed its Answer. ECF No. 30.  On August 19, 2021, the parties asked the Court to extend the deadline for Petitioner to file his Traverse to September 20, 2021.  ECF No. 31.  Moving the Traverse deadline was necessary in light of the extended Answer Deadline.  *Id*.  The Court granted this extension on September 2, 2021.  ECF No. 32.

On September 17, 2021, the parties filed a Stipulated Request for Order Changing Time to file Petitioner's Traverse.  The parties asked the Court to extend the deadline for Petitioner to file his Traverse to October 5, 2021.  ECF No. 33.  The extension was necessary because San Quentin State Prison officials had canceled all in-person visits and refused to respond to repeated requests for legal calls from Petitioner's counsel.  *See* ECF No. 34.  Petitioner's counsel had also learned that prison officials were reviewing privileged postal communications clearly marked "Legal Mail," thereby impeding Petitioner's ability to consult with Petitioner's counsel about upcoming filings in his case.  *See id*.  The Court granted the Stipulation on September 20, 2021, extending the deadline for Petitioner to file his Traverse to October 5.  ECF No. 35.

On September 23, 2021, Petitioner's counsel sent another email to a San Quentin State Prison official to follow up on the request for legal calls.  *See* Declaration of Michael F. Williams in Support of Stipulated Request for Order Changing Time and [Proposed] Order Pursuant to Civil L.R. 6-2 ("Williams Decl.") ¶ 8.  Petitioner has yet to receive any response.  *See id.*

Accordingly, the parties have agreed to move the deadline for Petitioner to file his Motion for Evidentiary Hearing to January 28, 2022.

Respectfully submitted,

DATED: September 30, 2021

OFFICE OF THE ATTORNEY GENERAL
OF CALIFORNIA

/s/ Alice B. Lustre
_____
Rob Bonta
Attorney General of California
James William Bilderback II
Senior Assistant Attorney General
Sarah J. Farhat
Deputy Attorney General
Alice B. Lustre (Bar No. 241994)
Supervising Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3821
Facsimile: (415) 703-1234
Email: Alice.Lustre@doj.ca.gov

*Attorneys for Respondent*

DATED: September 30, 2021

KIRKLAND & ELLIS LLP

/s/ Michael F. Williams
_____
Michael F. Williams, P.C. (*Admitted pro hac vice*)
Erica Y. Williams, P.C. (*Admitted pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
Email: mwilliams@kirkland.com
Email: erica.williams@kirkland.com

Ashley E. Littlefield (Bar No. 281027)
Austin Klar (Bar No. 292271)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: ashley.littlefield@kirkland.com
Email: austin.klar@kirkland.com

*Attorneys for Petitioner*

**ATTESTATION**

I, Michael F. Williams, hereby attest, pursuant to United States District Court, Northern District of California Civil Local Rule 5-1(i)(3), that concurrence in the filing of this document has been obtained from the other Signatory hereto.

By */s/ Michael F. Williams*
Michael F. Williams

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the time for filing the Motion for Evidentiary Hearing is extended to and including Friday, January 28, 2022.

DATED: 10/1/2021

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE