Michael F. Williams, P.C. (*Admitted pro hac vice*)
Erica Y. Williams, P.C. (*Admitted pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  (202) 389-5000
Facsimile:  (202) 389-5200
Email:  mwilliams@kirkland.com
Email:  erica.williams@kirkland.com

Ashley E. Littlefield (Bar No. 281027)
Austin Klar (Bar No. 292271)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:  (415) 439-1400
Facsimile:  (415) 439-1500
Email:  ashley.littlefield@kirkland.com
Email:  austin.klar@kirkland.com

*Attorneys for Petitioner*

Rob Bonta
Attorney General of California
Lance Winters
Chief Assistant Attorney General
James William Bilderback II
Senior Assistant Attorney General
Sarah J. Farhat
Deputy Attorney General
Alice B. Lustre (Bar No. 241994)
Supervising Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone:  (415) 510-3821
Facsimile:  (415) 703-1234
Email:  Alice.Lustre@doj.ca.gov

*Attorneys for Respondent*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| JARVIS J. MASTERS,<br><br>Petitioner,<br><br>v.<br><br>RON BROOMFIELD, Acting Warden,<br>California State Prison at San Quentin,<br><br>Respondent. | CASE NO.  4:20-cv-08206-HSG<br><br>**DEATH PENALTY CASE**<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME AND ORDER PURSUANT TO CIVIL L.R. 6-2**<br><br>Petition filed:     November 20, 2020<br>Judge:               Hon. Haywood S. Gilliam, Jr. |

1    Petitioner Jarvis J. Masters ("Petitioner") and Respondent Ron Broomfield ("Respondent") hereby

2    stipulate and jointly request that the Court enter an Order extending the time for filing of Petitioner's

3    Traverse through and including Wednesday, October 20, 2021.  This 15-day extension is necessary in

4    order to allow Petitioner to have confidential and privileged communications with his legal counsel

5    concerning the draft pleadings and strategy in the case.  In support of their request, and pursuant to Civil

6    Rule L.R. 6-2, the parties state as follows:

7        Petitioner filed his Petition for Writ of Habeas Corpus on November 20, 2020.  ECF No. 1.

8        On January 19, counsel for the parties submitted a Joint Case Management Statement that provided

9    for the filing of the Respondent's answer on or before June 1, 2021, and the filing of the Traverse on or

10   before July 1, 2021—30 days after the Respondent's answer.  ECF No. 17.  And, on February 9, 2021, the

11   Court ordered the same. ECF No. 19.

12       On May 27, 2021, Respondent filed a Motion for Extension of Time to File Answer.  Respondent

13   requested that the Answer be due by July 30, 2021.  ECF No. 24.  The Court granted the Motion on June

14   8, 2021.  ECF No. 25.

15       On June 23, 2021, the parties filed a Stipulated Request for Order and Proposed Order Changing

16   Time to file Petitioner's Traverse.  Petitioner requested that the Traverse be due by August 30, 2021.  ECF

17   No. 26. The Court granted the Stipulation on June 25, 2021.  ECF No. 27.

18       On July 28, 2021, the parties filed a Stipulated Request for Order Changing Time to file

19   Respondent's Answer.  Respondent requested that the Answer be due by August 6, 2021 and Petitioner's

20   Traverse be due by September 6, 2021.  ECF 28.  The Court granted the Stipulation on July 28, 2021.

21   ECF No. 29.

22       On August 6, 2021, Respondent filed its Answer.  ECF No. 30.  On August 19, 2021, the parties

23   asked the Court to extend the deadline for Petitioner to file his Traverse to September 20, 2021.  Moving

24   the Traverse deadline was necessary in light of the extended Answer Deadline.  ECF No. 31.  The Court

25   granted this extension.  ECF No. 32.

26       On August 17, 2021, Petitioner's counsel again contacted officials at San Quentin State Prison in

27   order to arrange legal calls and visits with Petitioner concerning the Respondents' Answer, Petitioner's

28   Traverse, and litigation strategy.  *See* Declaration of Michael F. Williams in Support of Stipulated Request

for Order Changing Time and [Proposed] Order Pursuant to Civil L.R. 6-2 ("Williams Decl.") ¶ 5.  The officials at San Quentin State Prison responded that the prison had implemented new limits on calls with prisoners.  *See id.*  On August 20, 2021, the officials announced that the prison had canceled all in-person visits and will begin scheduling legal calls "when things are safe."  *See id.*

Petitioner's counsel continued to contact San Quentin State Prison to request a confidential channel for privileged legal correspondence by mail and the ability to speak with Petitioner by telephone to discuss the draft Traverse.  As of the September 20, 2021, Petitioner's counsel has been unable to have confidential communications with Petitioner.  During the next two weeks, on September 1, 2021 and September 10, 2021, Petitioner's counsel attempted to schedule legal calls with Petitioner and received no response from prison officials.  *See* Williams Decl. ¶ 6.

Because of this inability to communicate with Petitioner about the Traverse and the case, the parties agreed to extend Petitioner's Traverse deadline to on or before October 5, 2021.  ECF Nos. 33–34.  The Court approved the stipulated extension.  ECF No. 35.

In the time since, Petitioner's counsel has repeatedly tried to contact Petitioner by telephone, and San Quentin State Prison officials have still not approved the requests.  Petitioner's counsel again contacted San Quentin on September 23, 2021, noting the need to speak with Petitioner about the draft Traverse and other aspects of case strategy San Quentin did not respond.  *See* Williams Decl. ¶ 8.

Having receive no response, Petitioner's counsel solicited assistance from other lawyers about restrictions on communications with inmates at San Quentin and received recommendations about contacts within San Quentin State Prison who might be more responsive.  Petitioner's counsel copied those contacts on another follow-up request on October 1, 2021, noting that the "continued refusal to allow us legal calls or legal visits — combined with San Quentin guards opening mail from us to Mr. Jarvis that was clearly marked 'Confidential Legal Mail' — is impeding our client's rights to legal counsel."  *See id.* ¶ 9.  San Quentin officials replied on October 4, 2021, and approved Petitioner's counsel's legal call request.  Petitioner's counsel is scheduled for a legal call with Petitioner on the earliest available date, October 15, 2021.  *See id.*

At the same time, Petitioner's counsel also has not received confirmation that prison officials have ceased opening and reviewing privileged postal communications we have sent Petitioner.  This intrusion

upon the attorney-client privilege has impeded the ability to consult with Petitioner about the Traverse. Respondents' counsel has asked prison officials to respect the confidentiality of legal mail. The availability of a secure channel for confidential communications between client and counsel is necessary for the review and finalization of the Traverse, as well as other important aspects of this case. *See id.* ¶ 10.

At this point, Petitioner's counsel has a draft of the Traverse ready to file, but Petitioner's counsel has been unable to review and discuss it with Petitioner, and will not be able to do so until October 15, 2021, at the earliest. Accordingly, the parties ask that the Court move the Traverse deadline as necessary in light of the continued and unexpected difficulties Petitioner has encountered in communicating with counsel about the case. These difficulties are beyond Petitioner's control, and they have persisted despite the diligence of Petitioner and his counsel. The extension will not materially impact the case timeline. *See id.* ¶ 11.

In the event these difficulties continue to persist, despite the efforts of Petitioner's counsel to secure reliable, confidential channels for communicating with their client in this death-penalty case, Petitioner may be forced to seek further relief from this Court.

Accordingly, the parties have agreed to move the deadline for Petitioner to file his Traverse to October 20, 2021, 15 days after the current deadline for Petitioner's Traverse.

1    Respectfully submitted,

2

3    DATED:  October 4, 2021                    DATED: October 4, 2021

4    OFFICE OF THE ATTORNEY GENERAL            KIRKLAND & ELLIS LLP
     OF CALIFORNIA

5    */s/ Alice B. Lustre*                      */s/ Michael F. Williams*

6    Rob Bonta                                  Michael F. Williams, P.C.  (*Admitted pro hac vice*)
     Attorney General of California             Erica Y. Williams, P.C. (*Admitted pro hac vice*)
7    James William Bilderback II                KIRKLAND & ELLIS LLP
     Senior Assistant Attorney General          1301 Pennsylvania Avenue, N.W.
8    Sarah J. Farhat                            Washington, D.C. 20004
     Deputy Attorney General                    Telephone:  (202) 389-5000
9    Alice B. Lustre (Bar No. 241994)           Facsimile:  (202) 389-5200
     Supervising Deputy Attorney General        Email:  mwilliams@kirkland.com
10   455 Golden Gate Avenue, Suite 11000        Email:  erica.williams@kirkland.com
     San Francisco, CA 94102-7004
11   Telephone:  (415) 510-3821
     Facsimile:  (415) 703-1234                 Ashley E. Littlefield (Bar No. 281027)
12   Email:  Alice.Lustre@doj.ca.gov            Austin Klar (Bar No. 292271)
                                                KIRKLAND & ELLIS LLP
13   *Attorneys for Respondent*                 555 California Street
                                                San Francisco, CA 94104
14                                              Telephone:  (415) 439-1400
                                                Facsimile:  (415) 439-1500
15                                              Email:  ashley.littlefield@kirkland.com
                                                Email:  austin.klar@kirkland.com
16
                                                *Attorneys for Petitioner*
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST FOR ORDER
CHANGING TIME AND ~~[PROPOSED]~~            5              CASE NO.  4:20-CV-08206-HSG
ORDER PURSUANT TO CIVIL L.R. 6-2

**ATTESTATION**

I, Michael F. Williams, hereby attest, pursuant to United States District Court, Northern District of California Civil Local Rule 5-1(i)(3), that concurrence in the filing of this document has been obtained from the other Signatory hereto.

By */s/ Michael F. Williams*
Michael F. Williams

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the time for filing the Traverse to the Petition for Writ of Habeas Corpus is extended to and including Wednesday, October 20, 2021.

DATED: _____10/5/2021_____        _____

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE