Michael F. Williams, P.C. (Admitted *Pro hac vice*)
Rachel Clarke (Admitted *Pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
Email: mwilliams@kirkland.com

Kathryn E. Panish (SBN 324047)
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900
kathryn.panish@kirkland.com

Kianna Early (Admitted *Pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 898-6052
Facsimile: (212) 446-4900
kianna.early@kirkland.com

*Attorneys for Petitioner*

Rob Bonta
Attorney General of California
Lance Winters
Chief Assistant Attorney General
James William Bilderback II
Senior Assistant Attorney General
Sarah J. Farhat
Deputy Attorney General
Alice B. Lustre (Bar No. 241994)
Supervising Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3821
Facsimile: (415) 703-1234
Email: Alice.Lustre@doj.ca.gov

*Attorneys for Respondent*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| JARVIS J. MASTERS,<br><br>    Petitioner,<br><br>    v.<br><br>RON BROOMFIELD, Acting Warden,<br>California State Prison at San Quentin,<br><br>    Respondent. | CASE NO. 4:20-cv-08206<br><br>**JOINT STIPULATION AND ORDER REGARDING HEARING DATE ON MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Petition Filed: November 20, 2020<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

        Petitioner Jarvis Masters ("Petitioner" or "Masters") and Respondent Ron Broomfield ("the State") hereby submit this stipulation and proposed order.

        WHEREAS, Masters was convicted of first degree murder and conspiracy on January 8, 1990, and sentenced to death on July 30, 1990.

1   WHEREAS, in seeking to overturn his conviction and Judgment of Death, Masters exhausted
2   the remedies available in the California courts and satisfied the requirements of 28 U.S.C. § 2254(b).
3   WHEREAS, on November 20, 2020, Masters filed a Petition for Writ of Habeas Corpus
4   ("Petition") in this Court.
5   WHEREAS, the State filed its Answer to Masters's Petition on August 6, 2021.
6   WHEREAS, Masters filed his Traverse, responding to the State's Answer, on October 21,
7   2021.
8   WHEREAS, on July 27, 2022, counsel for Petitioner Masters alerted counsel for the State, of
9   Masters's intention to file a motion for judgment on the pleadings pursuant to Federal Rule of Civil
10  Procedure 12(c).
11  WHEREAS, on August 3, 2022, counsel for Petitioner Masters and counsel for the State met
12  and conferred about a briefing scheduling for the aforementioned motion.
13  WHEREAS, on August 8, 2022, Respondent Broomfield filed the parties' Joint Stipulation
14  and [Proposed] Order Regarding Briefing Schedule setting a schedule for briefing on Petitioner
15  Masters's 12(c) Motion for Judgment on the Pleadings.
16  WHEREAS, Petitioner Masters filed his 12(c) Motion for Judgment on the Pleadings on
17  August 10, 2022 and noticed the Motion for the first available date, Thursday, December 15, 2022 at
18  2:00 p.m.
19  WHEREAS, on August 11, 2022, the Court granted the Joint Stipulation and [Proposed]
20  Order Regarding Briefing Schedule.
21  WHEREAS, Petitioner Masters and Respondent Broomfield would like the Motion to be
22  heard on an earlier date and are both available on Thursday, October 27, 2022.
23  WHEREAS, pursuant to Federal Rule of Civil Procedure 6(c), October 27, 2022 is more than
24  14 days after Petitioner Masters filed his 12(c) Motion for Judgment on the Pleadings.
25  WHEREAS, nothing herein shall be construed to waive any rights, claims, or defenses of any
26  Party.

27  JOINT STIPULATION AND ORDER
    REGARDING HEARING DATE ON MOTION                           CASE NO. 4:20-cv-08206
28  FOR JUDGMENT ON THE PLEADINGS

1  WHEREAS, IT IS HEREBY STIPULATED AND AGREED pursuant to Civil Local Rule 7-
2  12, by and between the undersigned counsel for the parties, subject to the approval of this Court, as
3  follows:
4  The hearing on Petitioner Masters's 12(c) Motion for Judgment on the Pleadings is set for
5  Thursday, October 27, 2022 at 2:00 p.m.
6  **IT IS SO STIPULATED.**
7  Respectfully submitted,

| | |
|---|---|
| DATED: August 11, 2022 | DATED: August 11, 2022 |
| OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA | KIRKLAND & ELLIS LLP |
| */s/ Alice B. Lustre* | */s/ Michael F. Williams* |
| Rob Bonta<br>Attorney General of California<br>James William Bilderback II<br>Senior Assistant Attorney General<br>Sarah J. Farhat<br>Deputy Attorney General<br>Alice B. Lustre (Bar No. 241994)<br>Supervising Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 510-3821<br>Facsimile: (415) 703-1234<br>Alice.Lustre@doj.ca.gov<br><br>*Attorneys for Respondent* | Michael F. Williams, P.C. (Admitted *Pro hac vice*)<br>Rachel Clarke (Admitted *Pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 389-5000<br>Facsimile: (202) 389-5200<br>mwilliams@kirkland.com<br>rachel.clarke@kirkland.com<br><br>Kathryn E. Panish (SBN 324047)<br>KIRKLAND & ELLIS LLP<br>2049 Century Park East<br>Los Angeles, CA 90067<br>Telephone: (310) 552-4200<br>Facsimile: (310) 552-5900<br>kathryn.panish@kirkland.com<br><br>Kianna Early (Admitted *Pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10065<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>kianna.early@kirkland.com<br><br>*Attorneys for Petitioner* |

JOINT STIPULATION AND ORDER
REGARDING HEARING DATE ON MOTION    CASE NO. 4:20-cv-08206
FOR JUDGMENT ON THE PLEADINGS

**ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(3), all signatories concur in filing this stipulation.

*/s/ Michael F. Williams*
Michael F. Williams, P.C.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the hearing on Petitioner Masters's 12(c) Motion for Judgment on the Pleadings is set for Thursday, October 27, 2022 at 2:00 p.m.

DATED: 8/12/2022

_____
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ORDER
REGARDING HEARING DATE ON MOTION                      CASE NO. 4:20-cv-08206
FOR JUDGMENT ON THE PLEADINGS

5