1  Michael F. Williams, P.C. (Admitted *pro hac vice*)
   KIRKLAND & ELLIS LLP
2  1301 Pennsylvania Avenue, N.W.
   Washington, D.C. 20004
3  Telephone: (202) 389-5000
   Facsimile: (202) 389-5200
4  Email: mwilliams@kirkland.com

5

6                    UNITED STATE DISTRICT COURT

7                 NORTHERN DISTRICT OF CALIFORNIA

8                         OAKLAND DIVISION

9   JARVIS J. MASTERS,,                  )   CASE NO. 4:20-cv-08206-HSG
                                         )
10          Petitioner,                  )   **ORDER GRANTING  MOTION TO**
                                         )   **WITHDRAW ATTORNEY KATHRYN E.**
11  v.                                   )   **PANISH AS COUNSEL FOR PETITIONER**
                                         )   **JARVIS J. MASTERS**
12                                       )
    RON BROOMFIELD, Acting Warden,       )
13  California State Prison at San Quentin, )   Petition Filed Date:  November 20, 2020
                                         )
14          Respondent.                  )   Judge:        Hon. Haywood S. Gilliam, Jr.
                                         )
15                                       )
                                         )
16

17          Having considered Petitioner Jarvis J. Masters' ("Masters") Motion To Withdraw Attorney

18  Kathryn E. Panish As Counsel For Petitioner Jarvis J. Masters' ("Masters"), and good cause appearing

19  therefore, the motion is GRANTED. Pursuant to Civil Local Rule 11- 5(a), attorney Kathryn E. Panish is

20  hereby withdrawn as counsel for Masters in this case.

21

22  **IT IS SO ORDERED.**

23

24  Dated:  9/30/2022

25                                  _____
                                    The Honorable Haywood S. Gilliam, Jr.

26

27

28  **ORDER GRANTING  MOTION TO**
    **WITHDRAW ATTORNEY  KATHRYN E.**
    **PANISH AS COUNSEL FOR**
    **PETITIONER JARVIS J. MASTERS**