UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARVIS J. MASTERS,<br><br>    Petitioner,<br><br>  v.<br><br>CHANCE ANDES, Acting Warden, San Quentin Rehabilitation Center,<br><br>    Respondent. | Case No. 4:20-CV-08206-HSG<br><br>**FINAL ORDER**<br><br>Re: Dkt. No. 67<br><br>**CAPITAL CASE** |

Petitioner Jarvis J. Masters, a condemned inmate housed at San Quentin Rehabilitation Center, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 ("Petition"), challenging his 1990 convictions and sentence for first-degree murder and conspiracy to commit first-degree murder. Dkt. No. 1. On June 20, 2024, this Court denied Petitioner's Motion for Judgment on the Pleadings (Dkt. No. 47). Dkt. No. 65. The parties have conferred and agree that the Court need take no further steps to resolve the Petition. Dkt. No. 67. The Court therefore DISMISSES WITH PREJUDICE the Petition for a Writ of Habeas Corpus (Dkt. No. 1) and DENIES a certificate of appealability.

The Clerk of the Court is directed to enter judgment in favor of Respondent and against Petitioner and close the file.

**IT IS SO ORDERED.**

Dated: September 3, 2024

HAYWOOD S. GILLIAM, JR.
United States District Judge