UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARVIS J. MASTERS,<br><br>  Petitioner,<br><br>v.<br><br>CHANCE ANDES, Acting Warden, San Quentin Rehabilitation Center,<br><br>  Respondent. | Case No. 20-cv-08206-HSG<br><br>**JUDGMENT** |

The Court has DISMISSED the petition for a writ of habeas corpus and DENIED a certificate of appealability. The Clerk is directed to enter judgment in favor of Respondent and against Petitioner, terminate all pending motions as moot, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 3, 2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge