UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 18 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JARVIS J. MASTERS,

Petitioner - Appellant,

v.

CHANCE ANDES, Acting Warden, San Quentin Rehabilitation Center,

Respondent - Appellee.

No. 24-6063

D.C. No.
4:20-cv-08206-HSG
Northern District of California, Oakland

ORDER

Before:  H.A. THOMAS and DESAI, Circuit Judges.

The request for a certificate of appealability (Docket Entry No. 5) is granted, with respect to the following issues:  (1) whether the exclusion of Harold Richardson's confessions violated due process and rendered appellant's trial fundamentally unfair (Claim 1); (2) whether the exclusion of Charles Drume's confession violated due process and rendered appellant's trial fundamentally unfair (Claim 2); (3) whether the prosecution's failure to disclose impeachment evidence regarding prosecution witness Bobby Evans violated *Brady v. Maryland*, 373 U.S. 83 (1963) (Claim 3); and (4) whether the prosecution's failure to correct false testimony by Evans violated *Napue v. Illinois*, 360 U.S. 264 (1959) (Claim 4).  *See* 28 U.S.C. § 2253(c)(3); *see also* 9th Cir. R. 22-1(e).

The opening brief is due September 9, 2025.  The answering brief is due

November 10, 2025.  The reply brief is due within 21 days after the answering

brief is served.

If the court scans lodged documents, the parties will receive electronic

notice of docket activity.

The clerk will serve on appellant the "After Opening a Case – Counseled

Cases" document.

If Chance Andes is no longer the appropriate appellee in this case, counsel

for appellee must notify the court by letter, within 21 days, of the correct substitute

party.  *See* Fed. R. App. P. 43(c).